# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,    )<br>                              )<br>            Plaintiff,     )<br>                              )<br>    vs.                       )<br>                              )<br> Eric Jasper Lebeau,          )<br>                              )<br>            Defendant.        ) | **PRETRIAL STATUS CONFERENCE**<br><br>Case No. 1:23-cr-233 |

The undersigned shall hold a pretrial status conference with counsel by telephone on January 16, 2024, at 3:30 PM to discuss, among other things, the viability of the current trial date. To participate, counsel shall call (877) 810-9415 and enter access code 8992581. Counsel are strongly encouraged to consult with each other prior to the conference. This will enable the conference to progress more expeditiously.

**IT IS SO ORDERED.**

Dated this 14th day of December, 2023.

> _/s/ Clare R. Hochhalter_
> Clare R. Hochhalter, Magistrate Judge
> United States District Court